IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:12-CV-18-MOC-DSC

| | |
|---|---|
| GLORIA T. KIDD,<br><br>        Plaintiff,<br><br>v.<br><br>TRACTOR SUPPLY COMPANY,<br>a Delaware corporation, et. al.,<br><br>        Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Plaintiff's First Motion For Extension of Time To Respond To Defendant Tractor Supply Company's First Set of Interrogatories" (Document No. 12), "Plaintiff's First Motion For Extension of Time To Respond To Defendant Tricam Industries, Inc.'s First Request For Production of Documents" (Document No. 13), and "Plaintiff's First Motion For Extension of Time To Respond To Defendant Tricam Industries, Inc.'s First Set of Interrogatories" (Document No. 14), all filed March 14, 2012. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U. S. C. § 636(b), and immediate review is appropriate.

Having carefully considered the Motions, and noting the consent of the parties, the Court will grant the Motions for good cause shown.

**SO ORDERED**.                    Signed: March 14, 2012

_David S. Cayer_
David S. Cayer
United States Magistrate Judge